**United States Bankruptcy Court for the District of Columbia**



**FILED**

JUL 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Re:
U.S. Ban
Theodore Miles

        Debtor(s)

Theodore Miles

        Plaintiff(s)

Internal Revenue Service

        Defendant(s)

Case Number: 04-1128

Adversary Proceeding Number:

CASE NUMBER 1:06CV01275
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: General Civil
DATE STAMP: 07/19/2006

TO: Clerk, U.S. District Court for the District of Columbia

Transmitted herewith is the **Notice of Appeal** in the above-captioned adversary proceeding. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
| --- | --- | --- |
| 96 | Objection To Claim #3, Claimant: Department of Treasury - Internal Revenue Service | Theodore Miles |
| 159 | Order Denying Debtor's Objection To Claim Of Internal Revenue Service And Allowing Claim | Court |
| 161 | Notice Of Appeal | Theodore Miles |
| 171 | Appellant Designations | Theodore Miles |
| 189 | Appellee Designations | Internal Revenue Service |

**Other comments:**

The parties to the order appealed and their respective attorneys are as follows:

| Appellant/Plaintiff | Attorney |
|---|---|
| Theodore Miles<br>901 North Carolina Avenue S.E.<br>Washington, DC 20003 | Carrie L. McGuire<br>Stinson, Morrison & Hecker LLP<br>1150 18th Street, NW<br>Suite 800<br>Washington, DC 20036<br>202-785-9100<br><br>Janet M. Nesse<br>Stinson, Morrison & Hecker LLP<br>1150 18th St., NW<br>Suite 800<br>Washington, DC 20036 |
| **Appellee/Defendant** | **Attorney** |
| Internal Revenue Service Associate Area Counsel<br>P.O. Box 44085<br>Washington, DC 20026 | William J. Gregg<br>Internal Revenue Service<br>P.O. Box 44085<br>Washington, DC 20026<br><br>Jennifer L. Vozne<br>U. S. Department of Justice<br>Post Office Box 227<br>Ben Franklin Station<br>Washington, DC 20044 |

Denise H. Curtis, Clerk

Dated: July 18, 2006

Deputy Clerk: Renee J. Jackson

Please return a copy of this transmittal with the following information:

District Court Case Number:
Judge Assigned:
Date Stamp:

[*Affix Label Here*]

The order below is hereby signed.

Signed: May 25, 2006.



_S. Martin Teel, Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

In Re:                          )
                                )
THEODORE MILES,                 )
                                )
                                )  Bankruptcy No. 04-01128
            Debtor.             )  Chapter 13
                                )
                                )

### ORDER

Upon consideration of the Debtor's Objection to United States of America's Proof of Claim Prepared by the Internal Revenue Service Pursuant to Federal Rule of Bankruptcy Procedure 3003, it is hereby

ORDERED that the Debtor's Objection to United States of America's Proof of Claim Prepared by the Internal Revenue Service Pursuant to Federal Rule of Bankruptcy Procedure 3003 is DENIED; and

ORDERED that the Proof of Claim, filed February 7, 2005, of the Internal Revenue Service is ALLOWED.

Copies to:

Lawrence P. Block, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, DC  20036


Theodore Miles
901 North Carolina Avenue, S.E.
Washington, DC  20003


Cynthia A. Niklas
4545 42nd Street, N.W.
Suite 211
Washington, DC  20016-4623


William J. Gregg
Special Assistant United
  States Attorney
SBSE Associate Area Counsel
Internal Revenue Service
P.O. Box 44085
Washington, DC  20026


Page 2 of 2 Chapter 13 Case No. 04-01128