**APPEAL**

# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
## Bankruptcy Petition #: 04-01128
### Internal Use Only

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.
Chapter 13
Voluntary
Asset

*Date Filed:*
07/16/2004

**Debtor**
**Theodore Miles**
901 North Carolina Avenue S.E.
Washington, DC 20003
SSN: 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

represented by **Carrie L. McGuire**
Stinson, Morrison & Hecker LLP
1150 18th Street, NW
Suite 800
Washington, DC 20036
202-785-9100

**Janet M. Nesse**
Stinson, Morrison & Hecker LLP
1150 18th St., NW
Suite 800
Washington, DC 20036
202-785-9100
Email: jnesse@stinsonmoheck.com

**Trustee**
**Cynthia A. Niklas**
4545 42nd Street, NW Suite 211
Washington, DC 20016-4623
202-362-8500

CERTIFIED COPY
CLERK, U.S. BANKRUPTCY COURT
BY: _Renee J. Jackson_

| Filing Date | # | Docket Text |
|---|---|---|
| 07/16/2004 | ◐1 | Chapter 13 Voluntary Petition . Fee Amount $194 Filed by Theodore Miles Chapter 13 Plan due by 7/31/2004. Schedules A-J due 7/31/2004. Statement of Financial Affairs due 7/31/2004.Attorney Fee Disclosure (2016(b)) due 7/31/2004. Incomplete Filings due by 7/31/2004. Government Proof of Claim due by 1/12/2005. Chapter 13 Plan due by 7/31/2004. (kn) (Entered: 07/16/2004) |
| 07/16/2004 | ◐ | First Meeting of Creditors with 341(a) meeting to be held on 08/23/2004 at 10:00 AM at Witness Room, Courtroom 24. Confirmation hearing to be held on 10/15/2004 at 09:30 AM at Courtroom 24. Proof of Claim due by 11/21/2004. (kn) (Entered: 07/16/2004) |
| 07/16/2004 | 2 | Receipt of Chapter 13 Filing Fee - $194.00 by KN. Receipt Number 00063085. Payment received from THEODORE MILES. (Entered: 07/16/2004) |
| 07/16/2004 | ◐3 | Notice to Consumer Debtor Filed by Theodore Miles. (mw) (Entered: 07/19/2004) |
| 07/16/2004 | ◐4 | Debtor's Mailing Matrix and Verification Filed by Theodore Miles. (mw) (Entered: 07/19/2004) |
| 07/16/2004 | | Statement of Social Security Number(s) Filed by the Debtor. (mw) (Entered: 07/19/2004) |
| 07/16/2004 | ◐ | Notice to Party Filing Deficient Bankruptcy Case. (Re: Related Document(s) #:1 Chapter 13 Voluntary Petition, ) Case Opening Deficiencies due by 7/23/2004. The dbetor's signature is not an original. (mw) (Entered: 07/19/2004) |

| 07/19/2004 | ●5 | First Meeting of Creditors Notice Generated and Sent to BNC. (mw) (Entered: 07/19/2004) |
|---|---|---|
| 07/19/2004 | ●6 | Order to File Chapter 13 Plan, Schedules and Statements. Order entered on 7/19/2004. (mw) (Entered: 07/19/2004) |
| 07/19/2004 | ●7 | Amended Petition Filed by Theodore Miles. (Re: Related Document(s) #:1 Chapter 13 Voluntary Petition, .) Debtor's Original Signature Provided. (mw) (Entered: 07/21/2004) |
| 07/21/2004 | ●8 | BNC Certificate of Mailing - First Meeting of Creditors. (Re: Related Document(s) #:5 First Meeting of Creditors Notice Generated and Sent to BNC) No. of Notices: 10. Service Date 07/21/2004. (Admin.) (Entered: 07/22/2004) |
| 07/21/2004 | ●9 | BNC Certificate of Mailing - Order. (Re: Related Document(s) #:6 Order to File Chapter 13 Plan) No. of Notices: 1. Service Date 07/21/2004. (Admin.) (Entered: 07/22/2004) |
| 07/23/2004 | | Deadlines Terminated. Amended Petition Filed with Original Signature of the Debtor. (mw) (Entered: 07/23/2004) |
| 07/30/2004 | ●10 | Schedules A-J Filed by Theodore Miles. (Re: Related Document(s) #:1 Chapter 13 Voluntary Petition, .) Original signature not included. (mw) (Entered: 08/03/2004) |
| 07/30/2004 | ●11 | Statement of Financial Affairs Filed by Theodore Miles. (Re: Related Document(s) #:1 Chapter 13 Voluntary Petition, .) Original signature not included. (mw) (Entered: 08/03/2004) |
| 07/30/2004 | ●12 | Chapter 13 Plan Filed by Theodore Miles. (mw) |

| | | (Entered: 08/03/2004) |
|---|---|---|
| 07/30/2004 | ●13 | Certificate of Service Filed by Theodore Miles. (Re: Related Document(s) #:12 Chapter 13 Plan.) (mw) (Entered: 08/03/2004) |
| 07/30/2004 | ●14 | Disclosure of Compensation of Attorney for Debtor in the Amount of $ 700.00 Filed by Janet M. Nesse. (mw) (Entered: 08/03/2004) |
| 08/03/2004 | ●15 | Notice to Party Filing Deficient Pleading (s)/Document(s). (Re: Related Document(s) #:10 Schedules A-J) Deficient Pleading(s)/Document(s) due by 8/10/2004. Original signature and debtor's certification required. (mw) (Entered: 08/03/2004) |
| 08/03/2004 | ●16 | Notice to Party Filing Deficient Pleading (s)/Document(s). (Re: Related Document(s) #:11 Statement of Financial Affairs) Deficient Pleading (s)/Document(s) due by 8/10/2004. Original signature required. (mw) (Entered: 08/03/2004) |
| 08/04/2004 | ●17 | Amended Declaration Filed by Theodore Miles. Original Signature Included (Re: Related Document (s) #:10 Schedules A-J.) (mw) (Entered: 08/05/2004) |
| 08/04/2004 | ●18 | Amended Statement of Financial Affairs Filed by Theodore Miles. Debtor's Original Signature Provided. (mw) (Entered: 08/05/2004) |
| 08/05/2004 | | Deadlines Terminated. Amended Statement of Financial Affairs with Debtor's Original Signature Provided. (mw) (Entered: 08/05/2004) |
| 08/06/2004 | ●19 | Application to Employ Stinson Morrison Hecker LLP as Counsel Filed by Theodore Miles. (mw) (Entered: 08/09/2004) |

| 08/06/2004 | ●20 | Debtor's Certification Regarding Schedules and Statements Filed by Theodore Miles. (mw) (Entered: 08/10/2004) |
|------------|-----|---------------------------------------------------------------------------------------------------------------|
| 08/10/2004 | ●21 | Motion To Show Cause Re: Why DC Water and Sewer Authority (WASA) Should Not be Held in Contempt for its Failure to Provide Services Filed by Theodore Miles (Attachments: #(1) Exhibit and #(2) Proposed Order) (ls) (Entered: 08/12/2004) |
| 08/10/2004 | ●22 | Motion to Find DC WASA in Violation of Automatic Stay Pursuant to Fed.R.Bankr.P. Section 362 filed by Janet M. Nesse on behalf of Theodore Miles (Attachments: #(1) Proposed Order) (ls) (Entered: 08/12/2004) |
| 08/10/2004 | ●23 | Notice of Opportunity to Object Filed by Janet M. Nesse on behalf of Theodore Miles. (Re: Related Document(s) #:22 Motion.) Objections due by 8/24/2004. (mw) (Entered: 08/12/2004) |
| 08/12/2004 |     | Deadlines Terminated. Debtor's Certification and Signed Declaration Filed. (mw) (Entered: 08/12/2004) |
| 08/13/2004 | ●24 | Praecipe Re: Emergency Hearing (Re: Related Document(s) #:21 Motion To Show Cause) (mw) (Entered: 08/16/2004) |
| 08/13/2004 | ●25 | Motion to Emergency Hearing Filed by Theodore Miles (Re: Related Document(s) #:21 Motion To Show Cause.) (mw) (Entered: 08/16/2004) |
| 08/17/2004 | ●26 | 498 (Other Action): Complaint by Lawrence P. Block on behalf of Theodore Miles against Harry E. Gough Jr., Erma Miles , Clementine Miles Parker , Ricardo Miles . Fee Amount $0.00 (Attachments: # 1 exhibit A# 2 exhibit B# 3 exhibit c# 4 exhibit d# |

| | | |
|---|---|---|
| | | 5 exhibit e# 6 adversary coversheet) (kn) (Entered: 08/17/2004) |
| 08/20/2004 | | Motions Terminated. Hearing Held. See Hearing Minutes. (mw) (Entered: 08/20/2004) |
| 08/20/2004 | ●27 | Consent Order (Related Document(s) #:21 Motion To Show Cause.) Order entered on 8/20/2004. (mw) (Entered: 08/20/2004) |
| 08/20/2004 | ●28 | Hearing Held. (Re: Related Document(s) #:22 Motion to Find Violation of Stay, 21 Motion To Show Cause). DE#22 To Be Withdrawn, DE#21 Consent Order Entered. (tg) (Entered: 08/20/2004) |
| 08/22/2004 | ●29 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:27 Endorsed Order) No. of Notices: 3. Service Date 08/22/2004. (Admin.) (Entered: 08/23/2004) |
| 08/24/2004 | | Proposed e-order Transmitted to Judge (Re: Related Document(s) #:19 Application to Employ) (mw) (Entered: 08/24/2004) |
| 08/24/2004 | ● | Section 341 Meeting of Creditors was held *August 23, 2004*. Filed by Cynthia A. Niklas (Re: Related Document(s) #: Meeting (AutoAssign Chapter 13).) (xNiklas4, Cynthia) (Entered: 08/24/2004) |
| 08/27/2004 | ●30 | Order Granting Application to Employ (Related Document #: 19 Application) Entered on 8/27/2004. (mw) (Entered: 08/27/2004) |
| 08/29/2004 | ●31 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:30 Order on Application to Employ) No. of Notices: 1. Service Date 08/29/2004. (Admin.) (Entered: 08/30/2004) |
| | | |

| 09/02/2004 | 32 | Amended Chapter 13 Plan Filed by Theodore Miles (Re: Related Document(s) #:12 Chapter 13 Plan.) (tg) (Entered: 09/07/2004) |
|---|---|---|
| 09/02/2004 | 33 | Certificate of Service Filed by Theodore Miles . (Re: Related Document(s) #:32 Amended Chapter 13 Plan.) (tg) (Entered: 09/07/2004) |
| 09/17/2004 | 34 | Notice of Assignment/Transfer of Claim # 2 by Slma Trust to New Jersey Higher Education Assistance Agency in the amount of $6523.33 Filed by Slma Trust . Objections to Assignment of Claim due by 10/12/2004. (tg) (Entered: 09/22/2004) |
| 09/24/2004 | 35 | BNC Certificate of Mailing. (Re: Related Document(s) #:34 Notice of Assignment/Transfer of Claim) No. of Notices: 1. Service Date 09/24/2004. (Admin.) (Entered: 09/25/2004) |
| 09/30/2004 | 36 | Second Amended Chapter 13 Plan Filed On September 30, 2004 by Theodore Miles (Re: Related Document(s) #:12 Chapter 13 Plan.) (tg) (Entered: 10/04/2004) |
| 09/30/2004 | 37 | Certificate of Service Filed by Theodore Miles . (Re: Related Document(s) #:36 Amended Chapter 13 Plan.) (tg) (Entered: 10/04/2004) |
| 09/30/2004 | 38 | Amended Schedules A, C, And I. Filed by Theodore Miles . (tg) (Entered: 10/04/2004) |
| 10/08/2004 | 39 | Objection to Confirmation *of the 2nd amended plan filed September 30, 2004* Filed by Cynthia A. Niklas (Re: Related Document(s) #:36 Amended Chapter 13 Plan.) (xNiklas2, Cynthia) (Entered: 10/08/2004) |
| 10/12/2004 | 41 | Third Amended Chapter 13 Plan Filed by Theodore |

| | | |
|---|---|---|
| | | Miles (Re: Related Document(s) #:12 Chapter 13 Plan.) (tg) (Entered: 10/14/2004) |
| 10/12/2004 | ◑42 | Certificate of Service Filed by Theodore Miles . (Re: Related Document(s) #:41 Amended Chapter 13 Plan.) (tg) (Entered: 10/14/2004) |
| 10/13/2004 | ◑40 | Request to Withdraw Document Filed by Cynthia A. Niklas. (Re: Related Document(s) #:39 Objection to Confirmation of the Plan.) (xNiklas2, Cynthia) (Entered: 10/13/2004) |
| 10/14/2004 | | Documents Terminated: (DE#39) at the Request of the Trustee. (tg) (Entered: 10/14/2004) |
| 10/15/2004 | ◑43 | Order Confirming Third Amended Chapter 13 Plan Filed October 12, 2004. (Related Document(s) #:41 Amended Chapter 13 Plan). Order entered on 10/15/2004. (tg) (Entered: 10/15/2004) |
| 10/17/2004 | ◑44 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:43 Order Confirming Chapter 13 Plan) No. of Notices: 23. Service Date 10/17/2004. (Admin.) (Entered: 10/18/2004) |
| 10/20/2004 | | Document Transmitted to Chambers (Re: Related Document(s) #:22 Motion) (tg) (Entered: 10/20/2004) |
| 10/25/2004 | ◑45 | Trustee's Report on Claims Filed by Cynthia A. Niklas (xNiklas4, Cynthia) (Entered: 10/25/2004) |
| 10/27/2004 | ◑46 | Motion to Modify *confirmation order of October 15, 2004, confirming 3rd amended plan filed October 12, 2004, post-confirmation* Filed by Cynthia A. Niklas (Re: Related Document(s) #:43 Order Confirming Chapter 13 Plan.) (Attachments: # 1 Proposed Order) (xNiklas2, Cynthia) (Entered: |

| | | 10/27/2004) |
|---|---|---|
| 10/27/2004 | ●47 | Notice of Opportunity to Object Filed by Cynthia A. Niklas (Re: Related Document(s) #:46 Motion to Modify Plan,.) Objections due by 11/16/2004 for 46,. (xNiklas2, Cynthia) (Entered: 10/27/2004) |
| 10/27/2004 | ●48 | Notice of Hearing *December 17, 2004* Filed by Cynthia A. Niklas (Re: Related Document(s) #:46 Motion to Modify Plan,.) Hearing scheduled for 12/17/2004 at 11:00 AM Courtroom 24 for 46,. (xNiklas2, Cynthia) (Entered: 10/27/2004) |
| 11/09/2004 | ●49 | Opposition *To Trustee's Motion To Modify Confirmation Order Of October 15, 2004, Confirming 3rd Amended Plan Filed October 12, 2004 Post Confirmation* Filed by Theodore Miles (Re: Related Document(s) #:46 Motion to Modify Plan,.) (Attachments: # 1 Proposed Order) (McGuire, Carrie) (Entered: 11/09/2004) |
| 11/15/2004 | ●50 | Transcript of Hearing Held 8/17/04 Before Judge Mannes Sitting By Designation. A Full Copy of the Transcript May be Viewed in the Clerk's Office. (sm) (Entered: 11/17/2004) |
| 12/16/2004 | ●51 | Application to Employ Stephanie Anderson-Smoot as Realtor Filed by Theodore Miles (Attachments: # 1 Verified Statement) (McGuire, Carrie) (Entered: 12/16/2004) |
| 12/17/2004 | ●52 | Hearing Held (Re: Related Document(s) #:46 Motion to Modify Confirmation Order of 10/15/04 Confirming 3rd Amended Plan filed October 12/04 Filed by Cynthia Niklas ) OTBS by Cynthia Niklas (sm) (Entered: 12/17/2004) |
| 12/20/2004 | ●53 | PROPOSED Consent Order Filed by Cynthia A. |

| | | |
|---|---|---|
| | | Niklas. (Re: Related Document(s) #:46 Motion to Modify Plan,.) (xNiklas2, Cynthia) (Entered: 12/20/2004) |
| 12/23/2004 | ●54 | Response To Application to Authorize Retention of Realtor for Estate. Filed by Clementine Miles Parker , Erma Miles (Re: Related Document(s) #:51 Application to Employ.) (tg) (Entered: 12/30/2004) |
| 12/30/2004 | | Document Transmitted to Chambers (Re: Related Document(s) #:54 Response, 51 Application to Employ) (tg) (Entered: 12/30/2004) |
| 01/05/2005 | ●55 | Consent Order Modifying Confirmation Order of October 15, 2004, Post-Confirmation. (Related Document(s) #:46 Motion to Modify Plan). Order entered on 1/5/2005. (tg) (Entered: 01/05/2005) |
| 01/05/2005 | ●56 | Hearing Scheduled (Re: Related Document(s) #:51 Application to Employ Stephanie Anderson-Smoot as Realtor Filed by Theodore Miles) Hearing scheduled for 1/19/2005 at 09:30 AM Courtroom 24. (sm) (Entered: 01/05/2005) |
| 01/06/2005 | ●57 | Trustee's Report on Claims (xNiklas4, Cynthia) (Entered: 01/06/2005) |
| 01/07/2005 | ●58 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:56 Hearing Scheduled) No. of Notices: 4. Service Date 01/07/2005. (Admin.) (Entered: 01/08/2005) |
| 01/07/2005 | ●59 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:55 Endorsed Order) No. of Notices: 3. Service Date 01/07/2005. (Admin.) (Entered: 01/08/2005) |
| 01/19/2005 | ●60 | Hearing Continued (Re: Related Document(s) #:51 |

| | | |
|---|---|---|
| | | Application to Employ Stephanie Anderson-Smoot as Realtor Filed by Theodore Miles) Hearing scheduled for 2/15/2005 at 9:30 AM Courtroom 24. (sm) (Entered: 01/19/2005) |
| 02/14/2005 | 61 | Trustee's Report on Claims (xNiklas4, Cynthia) (Entered: 02/14/2005) |
| 02/15/2005 | 62 | Hearing Continued (Re: Related Document(s) #:51 Application to Employ Stephanie Anderson-Smoot as REaltor Filed by Theodore Miles) Hearing scheduled for 3/8/2005 at 9:30 AM Courtroom 24. (sm) (Entered: 02/15/2005) |
| 03/08/2005 | 63 | Hearing Continued (Re: Related Document(s) #:51 Application to Employ Stephanie Anderson-Smoot as Realtor Filed by Theodore Miles) Hearing scheduled for 3/30/2005 at 9:30 AM Courtroom 24. (sm) (Entered: 03/08/2005) |
| 03/30/2005 | 65 | Hearing Held (Re: Related Document(s) #:51 Application to Employ Stephanie Anderson-Smoot as Realtor.) OTBS by Carrie McGuire (sm) (Entered: 03/31/2005) |
| 03/31/2005 | 64 | Notice of Appearance and Request to Add Attorney Filed by Ricardo Miles. (Sherman, Jeffrey) (Entered: 03/31/2005) |
| 03/31/2005 | | Attorney Jeffrey M. Sherman for Ricardo Miles added to case. (tg) (Entered: 03/31/2005) |
| 04/04/2005 | 66 | Motion to Appoint Jeffrey Sherman as Guardian Ad Litem Filed by Theodore Miles (Attachments: # 1 Proposed Order Order Granting Jeff Sherman Guardian Ad Litem) (McGuire, Carrie) Modified on 4/4/2005 MODIFIED TO EDIT TEXT (mw). (Entered: 04/04/2005) |

| 04/28/2005 | ●67 | Application to Employ Long & Foster as Realtor Filed by Ricardo Miles (Attachments: # 1 Affidavit Verified Statement of Proposed Realtor# 2 Proposed Order) (Sherman, Jeffrey) (Entered: 04/28/2005) |
|---|---|---|
| 05/02/2005 | ●68 | Application to Employ Dianne M. Bailey and the firm of Long and Foster Realtors as Realtor Filed by Jeffrey Sherman. (ls) (Entered: 05/05/2005) |
| 05/02/2005 | ●69 | PROPOSED ORDER Filed by Jeffrey Sherman (Re: Related Document(s) #:68 Application to Employ) (ls) (Entered: 05/05/2005) |
| 05/12/2005 | ●70 | Order Granting Application to Employ Jeffrey Sherman as Guardian (Related Document #: 66) Entered on 5/12/2005. (ls) (Entered: 05/12/2005) |
| 05/12/2005 | ●71 | Order to Modify Proposed Order Re: (Related Document #:68Application to Employ); Order entered on 5/12/2005. (ls) (Entered: 05/12/2005) |
| 05/14/2005 | ●72 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:70 Order on Application to Employ) No. of Notices: 3. Service Date 05/14/2005. (Admin.) (Entered: 05/15/2005) |
| 05/14/2005 | ●73 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:71 Order) No. of Notices: 3. Service Date 05/14/2005. (Admin.) (Entered: 05/15/2005) |
| 06/22/2005 | ●74 | Order Granting Application to Employ Realtor for Estate (Related Document #: 68) Entered on 6/22/2005. (tg) (Entered: 06/22/2005) |
| 06/22/2005 | | Dianne M. Bailey added to case as Realtor for the Estate. (tg) (Entered: 06/22/2005) |

| 06/24/2005 | 75 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:74 Order on Application to Employ) No. of Notices: 2. Service Date 06/24/2005. (Admin.) (Entered: 06/25/2005) |
|---|---|---|
| 07/14/2005 | 76 | Motion to Convert Case to Chapter 7. Fee Amount $15 Filed by Ricardo Miles (Attachments: # 1 Proposed Order) (Sherman, Jeffrey) (Entered: 07/14/2005) |
| 07/14/2005 | 77 | Notice of Hearing Scheduled for 7/25/2005. Filed by Ricardo Miles. (Re: Related Document(s) #:76 Motion to Convert Case to Chapter 7.) (Sherman, Jeffrey) (Entered: 07/14/2005) |
| 07/14/2005 | 78 | Notice of Opportunity to Object Filed by Ricardo Miles. (Re: Related Document(s) #:76 Motion to Convert Case to Chapter 7.) Objections due by 7/25/2005. (Sherman, Jeffrey) (Entered: 07/14/2005) |
| 07/14/2005 | | Hearing Scheduled (Re: Related Document(s) #:76 Motion to Convert Case to Chapter 7). Hearing scheduled for 7/25/2005 at 03:00 PM Courtroom 24. (tg) (Entered: 07/14/2005) |
| 07/15/2005 | 79 | Receipt of Motion to Convert Case to Chapter 7(04-01128) [motion,mcnv7] ( 15.00) Filing Fee. Receipt number279426. Fee Amount 15.00 (U.S. Treasury) (Entered: 07/15/2005) |
| 07/22/2005 | 80 | Opposition *To Motion to Convert Case To Chapter 7* Filed by Theodore Miles (Re: Related Document (s) #:76 Motion to Convert Case to Chapter 7.) (Attachments: # 1 Exhibit) (Nesse, Janet) (Entered: 07/22/2005) |
| 07/25/2005 | 81 | Hearing Continued (Re: Related Document(s) #:76 |

| | | |
|---|---|---|
| | | Motion to Convert Case to Chapter 7 Filed by Ricardo Miles) Hearing scheduled for 8/30/2005 at 9:30 AM Courtroom 24. (sm) (Entered: 07/28/2005) |
| 08/01/2005 | ● | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:80 Opposition) YOU HAVE UNTIL 8/4/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: 08/01/2005) |
| 08/05/2005 | | Document Transmitted to MW (Re: Related Document(s) #: Electronic Deficiency Notice - No Proposed Order Uploaded, ) Non compliance. (tg) (Entered: 08/05/2005) |
| 08/11/2005 | | Deadlines Terminated; SEE DE#14 (ls) (Entered: 08/11/2005) |
| 08/25/2005 | | Proposed Order Transmitted to Chambers (Re: Related Document(s) #: Electronic Deficiency Notice - No Proposed Order Uploaded, EDN of 8/1/05) (mw) (Entered: 08/25/2005) |
| 08/29/2005 | ●82 | Order To Show Cause (Related Document(s) #: Electronic Deficiency Notice - No Proposed Order Uploaded, .) Order entered on 8/29/2005.Show Cause hearing to be held on 9/8/2005 at 09:30 AM Courtroom 24 . (ls) (Entered: 08/29/2005) |
| | | |

| 08/30/2005 | ●83 | Hearing Continued (Re: Related Document(s) #:76 Motion to Convert Case to Chapter 7) Hearing scheduled for 10/11/2005 at 9:30 AM Courtroom 24. (sm) (Entered: 08/30/2005) |
|---|---|---|
| 08/31/2005 | ●84 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:82 Order to Show Cause) No. of Notices: 1. Service Date 08/31/2005. (Admin.) (Entered: 09/01/2005) |
| 09/09/2005 | ●85 | Motion to Modify Filed by Cynthia A. Niklas (Re: Related Document(s) #:55 Endorsed Order.) (Attachments: # 1 Proposed Order) (xNiklas2, Cynthia) (Entered: 09/09/2005) |
| 09/09/2005 | ●86 | Notice of Opportunity to Object Filed by Cynthia A. Niklas. (Re: Related Document(s) #:85 Motion to Modify Plan.) Objections due by 9/29/2005 for 85,. (xNiklas2, Cynthia) (Entered: 09/09/2005) |
| 09/09/2005 | ●87 | Notice of Hearing *October 21, 2005* Filed by Cynthia A. Niklas (Re: Related Document(s) #:85 Motion to Modify Plan.) Hearing scheduled for 10/21/2005 at 11:00 AM Courtroom 24 for 85,. (xNiklas2, Cynthia) (Entered: 09/09/2005) |
| 09/29/2005 | ●88 | Motion to Sell *Realty Free and Clear* Filed by Jeffrey Sherman (Attachments: # 1 Exhibit Sales Contract# 2 Proposed Order) (Sherman, Jeffrey) (Entered: 09/29/2005) |
| 09/29/2005 | ●89 | Notice of Hearing Scheduled for 10/18/2005. Filed by Jeffrey Sherman. (Re: Related Document(s) #:88 Motion to Sell.) (Sherman, Jeffrey) (Entered: 09/29/2005) |
| 09/29/2005 | ●90 | Notice of Opportunity to Object Filed by Jeffrey Sherman. (Re: Related Document(s) #:88 Motion to |

| | | |
|---|---|---|
| | | Sell.) Objections due by 10/14/2005 for 88,. (Sherman, Jeffrey) (Entered: 09/29/2005) |
| 09/29/2005 | 🌑 | Hearing Scheduled (Re: Related Document(s) #:88 Motion to Sell) Hearing scheduled for 10/18/2005 at 09:30 AM Courtroom 24 for 88, . (ls) (Entered: 09/29/2005) |
| 10/04/2005 | | Document Transmitted to Chambers (Re: Related Document(s) #:85 Motion to Modify Plan) (sm) (Entered: 10/04/2005) |
| 10/05/2005 | 🌑91 | Order Modifying Consent Order of January 5, 2005, Modifying Confirmation Order of October 15, 2004, Confirming 3rd Amended Plan Filed October 12, 2004, Post-Confirmation (Related Document #: 85) Entered on 10/5/2005. (tg) (Entered: 10/05/2005) |
| 10/05/2005 | 🌑92 | Objection *to the Trustee's Motion to Modify Consent Order of January 5, 2005, Modifying Confirmation Order of October 15, 2004, Confirming 3rd Amended Plan Filed October 12, 2004, Post-Confirmation and Notice of Opportunity and Deadline to Object* Filed by Theodore Miles (Re: Related Document(s) #:85 Motion to Modify Plan.) (Attachments: # 1 Exhibit A) (Block, Lawrence) (Entered: 10/05/2005) |
| 10/05/2005 | 🌑93 | Objection *to the United States of America's Proof of Claim Prepared by the Internal Revenue Service Pursuant to Federal Rule of Bankruptcy Procedure 3003* Filed by Theodore Miles (Attachments: # 1 Exhibit A) (Block, Lawrence) (Entered: 10/05/2005) |
| 10/05/2005 | 🌑94 | Notice of Hearing Scheduled for 11/09/05. Filed by |

| | | |
|---|---|---|
| | | Theodore Miles. (Re: Related Document(s) #:93 Objection.) (Attachments: # 1 Mailing Matrix) (Block, Lawrence) (Entered: 10/05/2005) |
| 10/06/2005 | ◑ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE EVENT USED IS INCORRECT. AN OBJECTION TO CLAIM EVENT EXIST UNDER THE MOTIONS EVENT. PLEASE WITHDRAW (DE#93) AND REFILE THE PLEADING USING THE PROPER EVENT. ALSO, OBJECTIONS TO CLAIM REQUIRE A 30 DAY NOTICE OF OPPORTUNITY TO OBJECT. (Re: Related Document(s) #:93 Objection) YOU HAVE UNTIL 10/10/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: 10/06/2005) |
| 10/06/2005 | ◑ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE NOTICE OF HEARING IS LINKED TO A DOCUMENT DOCKETED UNDER THE WRONG EVENT. PLEASE REFILE THE NOTICE OF HEARING ONCE YOU CORRECT THE DEFICIENCY RE (DE #93). (Re: Related Document(s) #:94 Notice of Hearing) YOU HAVE UNTIL 10/10/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: 10/06/2005) |
| 10/07/2005 | ◑95 | Request to Withdraw Document Filed by Theodore Miles. (Re: Related Document(s) #:93 Objection.) (Nesse, Janet) (Entered: 10/07/2005) |
| | | |

| 10/07/2005 | ●96 | Objection to Claim # 3, Claimant: Department of Treasury - Internal Revenue Service. Filed by Theodore Miles (Attachments: # 1 Exhibit A) (Block, Lawrence) (Entered: 10/07/2005) |
| 10/07/2005 | ●97 | Notice of Opportunity to Object *to Debtor's Objection to the United States of America's Proof of Claim Prepared by the Internal Revenue Service Pursuant to Federal Rule of Bankruptcy Procedure 3003* Filed by Theodore Miles. (Re: Related Document(s) #:96 Objection to Claim.) Objections due by 11/7/2005 for 96,. (Attachments: # 1 Mailing Matrix) (Block, Lawrence) (Entered: 10/07/2005) |
| 10/07/2005 | ●98 | Notice of Hearing Scheduled for 11/09/05. Filed by Theodore Miles. (Re: Related Document(s) #:96 Objection to Claim.) (Attachments: # 1 Mailing Matrix) (Block, Lawrence) (Entered: 10/07/2005) |
| 10/07/2005 | ●99 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:91 Order on Motion to Modify Plan) No. of Notices: 2. Service Date 10/07/2005. (Admin.) (Entered: 10/08/2005) |
| 10/11/2005 | ●100 | Hearing Continued (Re: Related Document(s) #:76 Motion to Convert Case to Chapter 7) Hearing scheduled for 12/13/2005 at 9:30 AM Courtroom 2. (sm) (Entered: 10/11/2005) |
| 10/12/2005 | ● | Hearing Scheduled (Re: Related Document(s) #:96 Objection to Claim) Hearing scheduled for 11/9/2005 at 09:30 AM Courtroom 24. (tg) (Entered: 10/12/2005) |
| 10/12/2005 | | Documents Terminated: (DE#93) at the request of the movant. (tg) (Entered: 10/12/2005) |

| 10/12/2005 | | Deadlines Terminated. Documents regarding an objection to claim were correctly filed in compliance with a deficiency notice. (tg) (Entered: 10/12/2005) |
|---|---|---|
| 10/12/2005 | ❍ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:96 Objection to Claim) YOU HAVE UNTIL 10/17/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: 10/12/2005) |
| 10/14/2005 | ❍101 | Objection *to Jeffrey Sherman's Motion to Approve Sale of Realty Free and Clear* Filed by David S. Alterman, Richard E. Grodsky (Re: Related Document(s) #:88 Motion to Sell.) (Kenney, Brian) (Entered: 10/14/2005) |
| 10/18/2005 | ❍102 | Hearing Held (Re: Related Document(s) #:88 Motion to Sell Realty Free and Clear Filed by Jeffery Sherman) OTBS by Jeffrey Sherman (Myers, Sally) (Entered: 10/18/2005) |
| 10/28/2005 | ❍103 | Response Filed by Internal Revenue Service Associate Area Counsel (Re: Related Document(s) #:96 Objection to Claim.) (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D# 5 Proposed Order) (Gregg, William) (Entered: 10/28/2005) |
| | | |

| 11/04/2005 | | Document Transmitted to MW (Re: Related Document(s) #:96 Objection to Claim) Non compliance (tg) (Entered: 11/04/2005) |
|---|---|---|
| 11/09/2005 | ●104 | Hearing Continued (Re: Related Document(s) #:96 Objection to Claim #3 of the IRS Filed by Theodore Miles) Hearing scheduled for 12/13/2005 at 9:30 AM Courtroom 2. (Myers, Sally) (Entered: 11/10/2005) |
| 12/13/2005 | ●108 | Hearing Continued (Re: Related Document(s) #:76 Motion to Convert Case to Chapter 7 Filed by Ricardo Miles, 96 Objection to Claim #3 of Deptartment of Treasury, Internal Revenue Service) Hearing scheduled for 12/20/2005 at 9:30 AM Courtroom 2 for 76, Hearing scheduled for 1/31/2006 at 9:30 AM Courtroom 2 for 96. (Myers, Sally) (Entered: 12/16/2005) |
| 12/15/2005 | ●105 | Emergency Application to Employ Tranzon Fox as Auctioneer Filed by Jeffrey Sherman (Attachments: # 1 Exhibit Listing Agreement# 2 Proposed Order # 3 Exhibit Verified Statement of Steven Karbelk for Tranzon Fox) (Sherman, Jeffrey) (Entered: 12/15/2005) |
| 12/15/2005 | ●106 | Emergency Notice of Hearing Scheduled for 12/20/2005. Filed by Jeffrey Sherman. (Re: Related Document(s) #:105 Application to Employ.) (Sherman, Jeffrey) (Entered: 12/15/2005) |
| 12/15/2005 | ●107 | Emergency Notice of Opportunity to Object *by 12/19/2005* Filed by Jeffrey Sherman. (Re: Related Document(s) #:105 Application to Employ, 106 Notice of Hearing.) Objections due by 12/26/2005. (Sherman, Jeffrey) (Entered: 12/15/2005) |
| | ● | |

| 12/16/2005 | | Hearing Scheduled (Re: Related Document(s) #:105 Application to Employ Transon Fox) Hearing scheduled for 12/20/2005 at 09:30 AM Courtroom 2. (Myers, Sally) (Entered: 12/16/2005) |
|---|---|---|
| 12/16/2005 | | Hearing Scheduled (Re: Related Document(s) #:105 Application to Employ) Hearing scheduled for 12/20/2005 at 09:30 AM Courtroom 24. (Tyson, Katina) (Entered: 12/16/2005) |
| 12/21/2005 | 109 | Hearing Held (Re: Related Document(s) #:76 Motion to Convert Case to Chapter 7, 105 Application to Employ) (Meador, Patti) (Entered: 12/21/2005) |
| 12/21/2005 | | An Order is to be filed by Jeffrey Sherman on 12/23/05 (Re: Related Document(s) #:105 Application to Employ) for Jeffrey Sherman . (Meador, Patti) (Entered: 12/21/2005) |
| 12/21/2005 | 110 | Hearing Continued DE 76 Motion to Convert Case to Chapter 7 (Meador, Patti) (Entered: 12/21/2005) |
| 12/21/2005 | 111 | Hearing Continued(Re: Related Document(s) #:76 Motion to Convert Case to Chapter 7) Hearing scheduled for 3/15/2006 at 09:30 AM Courtroom 24 for 76, . (Meador, Patti) (Entered: 12/21/2005) |
| 01/10/2006 | 112 | Emergency Motion for Relief from Stay. Fee Amount $150, Filed by Theodore Miles (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order) (Nesse, Janet) (Entered: 01/10/2006) |
| 01/10/2006 | 113 | Receipt of Motion for Relief From Stay(04-01128) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number361656. Fee Amount 150.00 (U.S. Treasury) (Entered: 01/10/2006) |

| 01/11/2006 | ⊃114 | Hearing Scheduled (Re: Related Document(s) #:112 Motion for Relief From Stay filed by Theodore Miles) Hearing scheduled for 1/13/2006 at 11:30 AM Courtroom 2. (Myers, Sally) (Entered: 01/11/2006) |
|---|---|---|
| 01/11/2006 | ⊃115 | Request to Withdraw Document Filed by Theodore Miles. (Re: Related Document(s) #:112 Motion for Relief From Stay.) (Nesse, Janet) (Entered: 01/11/2006) |
| 01/11/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:88 Motion to Sell) (Tyson, Katina) (Entered: 01/11/2006) |
| 01/11/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:105 Application to Employ) (Tyson, Katina) (Entered: 01/11/2006) |
| 01/11/2006 | ⊃116 | Emergency Motion to Approve *Debtor's Motion For Emergency Relief* Filed by Theodore Miles (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order) (Nesse, Janet) (Entered: 01/11/2006) |
| 01/11/2006 | | Documents Terminated -- DE# 112 Was Withdrawn By DE# 115. (Tyson, Katina) (Entered: 01/11/2006) |
| 01/11/2006 | ⊃117 | Hearing Scheduled (Re: Related Document(s) #:116 Motion to Approve) Hearing scheduled for 1/13/2006 at 11:30 AM Courtroom 2. (Myers, Sally) (Entered: 01/11/2006) |
| 01/11/2006 | ⊃118 | Notice of Hearing Scheduled for 1/13/2006. Filed by Theodore Miles. (Re: Related Document(s) #:116 Motion to Approve.) (Becker, Katherine) (Entered: 01/11/2006) |

| 01/11/2006 | ●119 | Certificate of Service Filed by Theodore Miles. (Re: Related Document(s) #:118 Notice of Hearing.) (Becker, Katherine) (Entered: 01/11/2006) |
| --- | --- | --- |
| 01/11/2006 | | Flags Set-Reset (Myers, Sally) (Entered: 01/11/2006) |
| 01/12/2006 | ●120 | Intervenor's Opposition *to Debtor's Motion for Emergency Relief* Filed by David S. Alterman, Richard E. Grodsky (Re: Related Document(s) #:116 Motion to Approve.) (Kenney, Brian) (Entered: 01/12/2006) |
| 01/13/2006 | ●121 | Order Granting Application to Employ Tranzon Fox (Related Document #: 105) Entered on 1/13/2006. (Tyson, Katina) (Entered: 01/13/2006) |
| 01/13/2006 | ●122 | Order Granting Motion To Approve Sale of Realty Free and Clear (Related Document #: 88 Motion to Sell ) Entered on 1/13/2006. (Tyson, Katina) Modified on 1/13/2006 CORRECTIVE ENTRY: MODIFIED TO CORRECT LINKAGE (Wint, Michael). (Entered: 01/13/2006) |
| 01/13/2006 | ●123 | Hearing Held RE: # 116 Emergency Motion to approve Debtor's Motion for Emergency Relief filed by Theodore Miles (Myers, Sally) Modified on 1/13/2006 MODIFIED TO CREATE LINKAGE (Wint, Michael). (Entered: 01/13/2006) |
| 01/13/2006 | ●124 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:114 Hearing Scheduled) No. of Notices: 8. Service Date 01/13/2006. (Admin.) (Entered: 01/15/2006) |
| 01/13/2006 | ●125 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:117 Hearing Scheduled) No. of Notices: 8. Service Date 01/13/2006. (Admin.) |

| | | |
|---|---|---|
| | | (Entered: 01/15/2006) |
| 01/15/2006 | 126 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:121 Order on Application to Employ) No. of Notices: 3. Service Date 01/15/2006. (Admin.) (Entered: 01/16/2006) |
| 01/15/2006 | 127 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:122 Order on Motion to Approve) No. of Notices: 2. Service Date 01/15/2006. (Admin.) (Entered: 01/16/2006) |
| 01/23/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:116 Motion to Approve) (Tyson, Katina) (Entered: 01/23/2006) |
| 01/29/2006 | | Reopen Document (Re: Related Document(s) #:116 Motion to Approve) (Spayd, Lisa) (Entered: 01/29/2006) |
| 01/29/2006 | 128 | Order Granting Debtor's Motion for Emergency Relief (Related Document #: 116) Entered on 1/29/2006. (Spayd, Lisa) (Entered: 01/29/2006) |
| 01/31/2006 | 129 | Order Granting Oral Motion to Approve "Back-Up" COntract for the Sale of Realty Free and Clear (Related Document) #:88 Motion to Sell); Order entered on 1/31/2006. (Spayd, Lisa) (Entered: 01/31/2006) |
| 02/01/2006 | 130 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:128 Order on Motion to Approve) No. of Notices: 3. Service Date 02/01/2006. (Admin.) (Entered: 02/02/2006) |
| 02/02/2006 | 131 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:129 Order) No. of Notices: 1. Service Date 02/02/2006. (Admin.) (Entered: |

| | | |
|---|---|---|
| | | 02/03/2006) |
| 02/09/2006 | ◒ | Notice of Returned Mail - Tom Renda - Not Deliverable As Addressed (Re: Related Document(s) #:128 Order on Motion to Approve) (Jackson, Renee) (Entered: 02/09/2006) |
| 02/24/2006 | ◒ | Hearing Continued (Re: Related Document(s) #:96 Objection to Claim of Internal Revenue Service) Hearing scheduled for 3/1/2006 at 9:30 AM Courtroom 2. (Myers, Sally) (Entered: 02/24/2006) |
| 03/01/2006 | ◒132 | Hearing Continued (Re: Related Document(s) #:96 Objection to Claim of Internal Revenue Service Filed by Theodore Miles) Hearing scheduled for 4/25/2006 at 10:30 AM Courtroom 2. (Myers, Sally) (Entered: 03/01/2006) |
| 03/08/2006 | ◒133 | Notice of Hearing Continued to 3/29/06. Filed by Jeffrey Sherman. (Re: Related Document(s) #:76 Motion to Convert Case to Chapter 7.) (Sherman, Jeffrey) (Entered: 03/08/2006) |
| 03/08/2006 | ◒ | Hearing Continued (Re: Related Document(s) #:76 Motion to Convert Case to Chapter 7) Hearing scheduled for 3/29/2006 at 9:30 AM Courtroom 2. (Myers, Sally) (Entered: 03/08/2006) |
| 03/13/2006 | ◒134 | Motion to Dismiss Case *WITH PREJUDICE BASED ON MATERIAL DEFAULT IN PLAN PAYMENTS* Filed by Cynthia A. Niklas (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Exhibit) (xNiklas2, Cynthia) (Entered: 03/13/2006) |
| 03/13/2006 | ◒135 | Notice of Opportunity to Object Filed by Cynthia A. Niklas. (Re: Related Document(s) #:134 Motion to Dismiss Case.) Objections due by 4/3/2006 for 134,. (xNiklas2, Cynthia) (Entered: 03/13/2006) |

| 03/13/2006 | ○136 | Notice of Hearing *May 19, 2006* Filed by Cynthia A. Niklas (Re: Related Document(s) #:134 Motion to Dismiss Case.) Hearing scheduled for 5/19/2006 at 11:00 AM Courtroom 24 for 134,. (xNiklas2, Cynthia) (Entered: 03/13/2006) |
|---|---|---|
| 03/14/2006 | ○137 | Motion for Relief from Stay. Fee Amount $150, Filed by David S. Alterman, Richard E. Grodsky (Attachments: # 1 Proposed Order Order) (Perrell, Joel) (Entered: 03/14/2006) |
| 03/14/2006 | ○138 | Notice of Opportunity to Object *to Motion for Relief from Stay* Filed by David S. Alterman, Richard E. Grodsky. (Re: Related Document(s) #:137 Motion for Relief From Stay.) Objections due by 3/27/2006. (Perrell, Joel) (Entered: 03/14/2006) |
| 03/14/2006 | ○139 | Notice of Hearing Scheduled for 04/06/06. *2:00 PM on Motion for Relief from Stay* Filed by David S. Alterman, Richard E. Grodsky. (Re: Related Document(s) #:137 Motion for Relief From Stay.) (Perrell, Joel) (Entered: 03/14/2006) |
| 03/15/2006 | 140 | Receipt of Motion for Relief From Stay(04-01128) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number388718. Fee Amount 150.00 (U.S. Treasury) (Entered: 03/15/2006) |
| 03/15/2006 | ○141 | Limited Objection Filed by Ricardo Miles, Jeffrey Sherman (Re: Related Document(s) #:137 Motion for Relief From Stay.) (Sherman, Jeffrey) (Entered: 03/15/2006) |
| 03/15/2006 | ○142 | Objection Filed by Ricardo Miles, Jeffrey Sherman (Re: Related Document(s) #:134 Motion to Dismiss Case.) (Sherman, Jeffrey) (Entered: 03/15/2006) |
| 03/16/2006 | ○ | ELECTRONIC DEFICIENCY NOTICE. Filer is |

| | | |
|---|---|---|
| | | hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:141 Objection) YOU HAVE UNTIL 3/20/2006 for 141, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Jackson, Renee) (Entered: 03/16/2006) |
| 03/16/2006 | ❍ | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:142 Objection) YOU HAVE UNTIL 3/20/2006 for 142, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Jackson, Renee) (Entered: 03/16/2006) |
| 03/20/2006 | ❍ | Hearing Scheduled (Re: Related Document(s) #:137 Motion for Relief From Stay filed by David S. Alterman & Richard E. Grodsky) Hearing scheduled for 4/6/2006 at 02:00 PM Courtroom 2. (Myers, Sally) (Entered: 03/20/2006) |
| 03/21/2006 | ❍143 | Opposition *To Trustee's Motion To Dismiss* Filed by Theodore Miles (Re: Related Document(s) #:134 Motion to Dismiss Case.) (Nesse, Janet) (Entered: 03/21/2006) |
| | | |

| 03/23/2006 | | Deadlines Terminated Regarding Docket Entries 141 and 142 - Deficiencies Cured. (Jackson, Renee) (Entered: 03/23/2006) |
|---|---|---|
| 03/23/2006 | ● | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:143 Opposition) YOU HAVE UNTIL 3/27/2006 for 143, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Jackson, Renee) (Entered: 03/23/2006) |
| 03/27/2006 | ●144 | Opposition *To Motion By Richard E. Grodsky And David S. Alterman For Relief From The Automatic Stay* Filed by Theodore Miles (Re: Related Document(s) #:137 Motion for Relief From Stay.) (Attachments: # 1 Proposed Order) (Nesse, Janet) (Entered: 03/27/2006) |
| 03/27/2006 | | Deadline Terminated Regarding Docket Entry #143. Deficiency Cured. (Jackson, Renee) (Entered: 03/27/2006) |
| 03/28/2006 | ●145 | Motion to Amend/Modify Filed by Ricardo Miles, Jeffrey Sherman (Re: Related Document(s) #:128 Order on Motion to Approve, 129 Order, 122 Order on Motion to Approve.) (Attachments: # 1 Proposed Order) (Sherman, Jeffrey) (Entered: 03/28/2006) |
| 03/28/2006 | ●146 | Notice of Hearing Scheduled for 4/18/2006. Filed |

| | | |
|---|---|---|
| | | by Ricardo Miles, Jeffrey Sherman. (Re: Related Document(s) #:145 Motion to Amend/Modify.) (Sherman, Jeffrey) (Entered: 03/28/2006) |
| 03/28/2006 | 147 | Notice of Opportunity to Object Filed by Ricardo Miles, Jeffrey Sherman. (Re: Related Document(s) #:145 Motion to Amend/Modify, 146 Notice of Hearing.) Objections due by 4/10/2006. (Sherman, Jeffrey) (Entered: 03/28/2006) |
| 03/29/2006 | | Hearing Scheduled (Re: Related Document(s) #:145 Motion to Modify and Clarify Orders Authorizing sale of Realty Free & Clear to Back Up Purchaser) Hearing scheduled for 4/18/2006 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 03/29/2006) |
| 03/29/2006 | 148 | Hearing Continued (Re: Related Document(s) #:76 Motion to Convert Case to Chapter 7 Filed by Ricardo Miles) Hearing scheduled for 5/19/2006 at 11:00 AM Courtroom 1. (Myers, Sally) (Entered: 03/29/2006) |
| 04/03/2006 | 149 | Amended Notice *of Hearing on Motion by Richard E. Grodsky and David S. Alterman for Relief from the Automatic Stay Concerning 901 North Carolina Avenue, S.E., Washington, DC 20003* Filed by David S. Alterman, Richard E. Grodsky. (Re: Related Document(s) #:139 Notice of Hearing.) (Perrell, Joel) (Entered: 04/03/2006) |
| 04/04/2006 | | Hearing Continued (Re: Related Document(s) #:137 Motion for Relief From Stay) Hearing scheduled for 5/11/2006 at 2:00 PM Courtroom 1 for 137, . (Jackson, Renee) (Entered: 04/04/2006) |
| 04/14/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:145 Motion to Amend/Modify) |



| | | (Myers, Sally) (Entered: 04/14/2006) |
|---|---|---|
| 04/18/2006 | 150 | Order Granting Motion To Modify And Clarify Orders Authorizing Sale Of Realty Free And Clear To "Back Up" Purchaser And Approving Disbursements (Related Document #: 145) Entered on 4/18/2006. (Jackson, Renee) (Entered: 04/18/2006) |
| 04/20/2006 | 151 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:150 Order on Motion to Amend/Modify) No. of Notices: 2. Service Date 04/20/2006. (Admin.) (Entered: 04/21/2006) |
| 04/25/2006 | 152 | Hearing Continued (Re: Related Document(s) #:96 Objection to Claim #3 of IRS Filed by Theodore Miles) Hearing scheduled for 5/16/2006 at 10:30 AM Courtroom 1. (Myers, Sally) (Entered: 04/25/2006) |
| 05/04/2006 | 153 | Notice *and Stipulation of Dismissal of Motion By Richard E. Grodsky and David S. Alterman For Relief From The Automatic Stay Concerning 901 North Carolina Avenue, S.E., Washington, DC 20003* Filed by David S. Alterman, Richard E. Grodsky. (Re: Related Document(s) #:137 Motion for Relief From Stay.) (Perrell, Joel) (Entered: 05/04/2006) |
| 05/08/2006 | | Deadlines Terminated. Motion for relief withdrawn (Myers, Sally) (Entered: 05/08/2006) |
| 05/16/2006 | 154 | Hearing Held (Re: Related Document(s) #:96 Objection to Claim of IRS Filed by Theodore Miles) Overruled (Myers, Sally) (Entered: 05/18/2006) |
| | | |

| 05/18/2006 | ○155 | Trustee's Report on Claims (xNiklas3, Cynthia) (Entered: 05/18/2006) |
|---|---|---|
| 05/18/2006 | ○156 | Supplemental Opposition *to Trustee's Motion to Dismiss* Filed by Theodore Miles (Re: Related Document(s) #:134 Motion to Dismiss Case, 143 Opposition.) (Block, Lawrence) (Entered: 05/18/2006) |
| 05/18/2006 | ○157 | Notice of Continued Hearing *to 7/14/06* Filed by Cynthia A. Niklas (Re: Related Document(s) #:134 Motion to Dismiss Case.) Hearing scheduled for 7/14/2006 at 11:00 AM Courtroom 1 for 134,. (Niklas, Cynthia) (Entered: 05/18/2006) |
| 05/19/2006 | ○158 | Hearing Continued (Re: Related Document(s) #:76 Motion to Convert Case to Chapter 7 filed by Ricardo Miles) Hearing scheduled for 7/14/2006 at 11:00 AM Courtroom 1. (Myers, Sally) (Entered: 05/19/2006) |
| 05/25/2006 | ○159 | Order Denying Debtor's Objection to Claim of Internal Revenue Service and Ordered that the Proof of Claim filed 2/7/05 of the Internal Revenue Service is Allowed. (Related Document #: 96) Entered on 5/25/2006. (Myers, Sally) (Entered: 05/25/2006) |
| 05/27/2006 | ○160 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:159 Order on Objection to Claim) No. of Notices: 2. Service Date 05/27/2006. (Admin.) (Entered: 05/28/2006) |
| 06/01/2006 | ○161 | Notice of Appeal . Fee Amount $255 Filed by Theodore Miles (Re: Related Document(s) #:159 Order on Objection to Claim.) Appellant Designation due by 6/12/2006. (Nesse, Janet) |

| | | (Entered: 06/01/2006) |
|---|---|---|
| 06/01/2006 | 162 | Receipt of Notice of Appeal(04-01128) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number414478. Fee Amount 255.00 (U.S. Treasury) (Entered: 06/01/2006) |
| 06/01/2006 | ◑163 | Motion to Pay *Realtor* Filed by Ricardo Miles, Jeffrey Sherman (Attachments: # 1 Proposed Order) (Sherman, Jeffrey) (Entered: 06/01/2006) |
| 06/01/2006 | ◑164 | Notice of Hearing Scheduled for 6/21/2006. Filed by Ricardo Miles, Jeffrey Sherman. (Re: Related Document(s) #:163 Motion to Pay.) (Sherman, Jeffrey) (Entered: 06/01/2006) |
| 06/01/2006 | ◑165 | Notice of Opportunity to Object Filed by Ricardo Miles, Jeffrey Sherman. (Re: Related Document(s) #:163 Motion to Pay, 164 Notice of Hearing.) Objections due by 6/12/2006. (Sherman, Jeffrey) (Entered: 06/01/2006) |
| 06/02/2006 | ◑ | Hearing Scheduled (Re: Related Document(s) #:163 Motion to Pay Realtor) Hearing scheduled for 6/21/2006 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 06/02/2006) |
| 06/05/2006 | ◑166 | Certificate of Service - Notice Of Appeal Mailed To William J. Gregg, Esq. Of The Internal Revenue Service - Filed by Court. (Re: Related Document(s) #:161 Notice of Appeal.) (Jackson, Renee) (Entered: 06/05/2006) |
| 06/09/2006 | ◑167 | Motion to Vacate Filed by Ricardo Miles, Jeffrey Sherman (Re: Related Document(s) #:66 Application to Employ, 70 Order on Application to Employ.) (Attachments: # 1 Proposed Order) (Sherman, Jeffrey) (Entered: 06/09/2006) |

| 06/09/2006 | ◑168 | Notice of Hearing Scheduled for 6/21/2006. Filed by Jeffrey M. Sherman on behalf of Ricardo Miles, Jeffrey Sherman. (Re: Related Document(s) #:167 Motion to Vacate.) (Sherman, Jeffrey) (Entered: 06/09/2006) |
| --- | --- | --- |
| 06/09/2006 | ◑169 | Notice of Opportunity to Object Filed by Jeffrey M. Sherman on behalf of Ricardo Miles, Jeffrey Sherman. (Re: Related Document(s) #:167 Motion to Vacate, 168 Notice of Hearing.) Objections due by 6/20/2006. (Sherman, Jeffrey) (Entered: 06/09/2006) |
| 06/12/2006 | ◑ | Hearing Scheduled (Re: Related Document(s) #:167 Motion to Vacate Appointment of Guardian Ad Litem and Strike Appearance) Hearing scheduled for 6/21/2006 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 06/12/2006) |
| 06/12/2006 | ◑172 | Motion to Compel The Court To Set A Deadline For Guardian Ad Litem To File Fee Petition And To Clarify Roles Of Parties Filed by Ricardo Miles (Attachments: # 1 Proposed Order) (Jackson, Renee) (Entered: 06/14/2006) |
| 06/14/2006 | ◑170 | Statement of Issues on Appeal, Filed by Theodore Miles (Re: Related Document(s) #:161 Notice of Appeal.) (Nesse, Janet) (Entered: 06/14/2006) |
| 06/14/2006 | ◑171 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Theodore Miles (Re: Related Document(s) #:161 Notice of Appeal.) Appellee designation due by 6/26/2006 for 161,. Transmission of Designation Due by 7/14/2006 for 161,. (Nesse, Janet) (Entered: 06/14/2006) |
| 06/14/2006 | ◑173 | Order Striking Document(s) #:172 Motion to |

| | | |
|---|---|---|
| | | Compel and Terminating Attorney Steven H. Schiff. (Related Document(s) #:172 Motion to Compel.) Order entered on 6/14/2006. (Jackson, Renee) (Entered: 06/14/2006) |
| 06/14/2006 | ●174 | Order Vacating Order Striking Document(s) #:172 Motion to Compel and Terminating Attorney Steven H. Schiff (Related Document(s) #:173 Order Striking.) Order entered on 6/14/2006. (Jackson, Renee) (Entered: 06/14/2006) |
| 06/14/2006 | | Document Transmitted to Chambers (Re: Related Document(s) #:172 Motion to Compel) (Jackson, Renee) (Entered: 06/14/2006) |
| 06/14/2006 | ●175 | Response Filed by Jeffrey Sherman (Re: Related Document(s) #:172 Motion to Compel.) (Attachments: # 1 Proposed Order) (Sherman, Jeffrey) (Entered: 06/14/2006) |
| 06/14/2006 | ●176 | Motion to Approve *Payment to Guardian ad Litem* Filed by Jeffrey Sherman (Attachments: # 1 Proposed Order # 2 Exhibit Time and expense detail through February 2006# 3 Exhibit Time and expense for March 2006# 4 Exhibit Time and expense detail for April 2006# 5 Exhibit Time and expense detail for May 2006# 6 Exhibit Time and expense detail for June 2006) (Sherman, Jeffrey) (Entered: 06/14/2006) |
| 06/14/2006 | ●177 | Notice of Hearing Scheduled for 6/28/2006. Filed by Jeffrey M. Sherman on behalf of Jeffrey Sherman. (Re: Related Document(s) #:176 Motion to Approve,.) (Sherman, Jeffrey) (Entered: 06/14/2006) |
| 06/14/2006 | ●178 | Notice of Opportunity to Object Filed by Jeffrey M. |

| | | |
|---|---|---|
| | | Sherman on behalf of Jeffrey Sherman. (Re: Related Document(s) #:176 Motion to Approve,, 177 Notice of Hearing.) Objections due by 6/26/2006. (Sherman, Jeffrey) (Entered: 06/14/2006) |
| 06/15/2006 | 179 | Order Dismissing Motion to Compel as Moot Without Prejudice to the Filing of an Opposition to Mr. Sherman's Motion to Approve Fees and Expenses Incurred by Guardian Ad Litem. (Related Document #: 172) Entered on 6/15/2006. (Myers, Sally) (Entered: 06/15/2006) |
| 06/15/2006 | | Hearing Scheduled (Re: Related Document(s) #:176 Motion to Approve Fees and Expenses Incurred by Guardian Ad Litem ) Hearing scheduled for 6/28/2006 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 06/15/2006) |
| 06/16/2006 | 180 | BNC Certificate of Mailing - Order. (Re: Related Document(s) #:173 Order Striking) No. of Notices: 9. Service Date 06/16/2006. (Admin.) (Entered: 06/17/2006) |
| 06/16/2006 | 181 | BNC Certificate of Mailing - Order. (Re: Related Document(s) #:174 Order Vacating Order) No. of Notices: 17. Service Date 06/16/2006. (Admin.) (Entered: 06/17/2006) |
| 06/17/2006 | 182 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:179 Order on Motion to Compel) No. of Notices: 4. Service Date 06/17/2006. (Admin.) (Entered: 06/18/2006) |
| 06/20/2006 | 183 | Order Granting Motion To Pay Authorized Realtor for Estate With the compensation Authorized Being 5% of the Sales Price of $750,000 (Which Equals |

| | | |
|---|---|---|
| | | $37,500)(Related Document #: 163) Entered on 6/20/2006. (Myers, Sally) (Entered: 06/20/2006) |
| 06/21/2006 | 184 | Order Vacating Appointment of Guardian Ad Litem and Striking Appearance of Jeffrey M. Sherman on Behalf of Ricardo Miles (Related Document(s) #:70 Order on Application to Employ.) Order entered on 6/21/2006. (Myers, Sally) (Entered: 06/21/2006) |
| 06/21/2006 | | Documents Terminated. Motion to vacate granted (Myers, Sally) (Entered: 06/21/2006) |
| 06/22/2006 | | Terminated Attorney Jeffrey M. Sherman (Jackson, Renee) (Entered: 06/22/2006) |
| 06/22/2006 | 185 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:183 Order on Motion to Pay) No. of Notices: 4. Service Date 06/22/2006. (Admin.) (Entered: 06/23/2006) |
| 06/23/2006 | 186 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:184 Order Vacating Order) No. of Notices: 3. Service Date 06/23/2006. (Admin.) (Entered: 06/24/2006) |
| 06/27/2006 | | United States Trustee added to case. (Meador, Patti) (Entered: 06/27/2006) |
| 06/27/2006 | 187 | Response *OF THE UNITED STATES TRUSTEE TO MOTION OF GUARDIAN AD LITEM TO APPROVE FEES AND EXPENSES* Filed by United States Trustee (Re: Related Document(s) #:176 Motion to Approve,.) (Attachments: # 1 Proposed Order) (xDavis2, Martha) (Entered: 06/27/2006) |
| 06/27/2006 | 188 | Order Continuing Hearing on Motion to Approve Fees and Expenses Incurred by Guardian Ad Litem (Re: Related Document(s) #:176 Motion to |

| | | |
|---|---|---|
| | | Approve) Hearing scheduled for 7/25/2006 at 9:30 AM Courtroom 1. (Myers, Sally) (Entered: 06/27/2006) |
| 06/27/2006 | ●189 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Internal Revenue Service Associate Area Counsel (Re: Related Document(s) #:161 Notice of Appeal.) (Vozne, Jennifer) (Entered: 06/27/2006) |
| 06/29/2006 | ●190 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:188 Hearing Continued) No. of Notices: 5. Service Date 06/29/2006. (Admin.) (Entered: 06/30/2006) |
| 07/10/2006 | ●191 | Notice *Line* Filed by Janet M. Nesse on behalf of Theodore Miles. (Re: Related Document(s) #:154 Hearing Held.) (Nesse, Janet) (Entered: 07/10/2006) |
| 07/10/2006 | ●192 | Notice of Appearance and Request to Add Attorney Filed by Steven H. Schiff on behalf of Ricardo Miles . (Jackson, Renee) (Entered: 07/11/2006) |
| 07/10/2006 | ●193 | Consent Motion to Continue Hearing On July 25, 2006, Filed by Ricardo Miles (Re: Related Document(s) #:188 Hearing Continued.) (Jackson, Renee) (Entered: 07/11/2006) |
| 07/10/2006 | ●194 | Opposition of Steven H. Schiff, Guardian And Conservator Of Ricardo Miles To Motion To Approve Fees And Expenses Incurred By Guardian Ad Litem Filed by Ricardo Miles (Re: Related Document(s) #:176 Motion to Approve, .) (Jackson, Renee) (Entered: 07/11/2006) |
| 07/10/2006 | ●195 | Motion for Leave To File Opposition Out Of Time Filed by Ricardo Miles (Re: Related Document(s) |

| | | |
|---|---|---|
| | | #:194 Opposition.) (Jackson, Renee) (Entered: 07/11/2006) |
| 07/11/2006 | | Documents Transmitted to Chambers (Re: Related Document(s) #:193 Motion to Continue/Reschedule Hearing, 194 Opposition, 195 Motion for Leave) (Jackson, Renee) (Entered: 07/11/2006) |
| 07/13/2006 | 196 | Notice of Continued Hearing *to October 20, 2006.* Filed by Cynthia A. Niklas (Re: Related Document (s) #:134 Motion to Dismiss Case.) Hearing scheduled for 10/20/2006 at 11:00 AM Courtroom 1 for 134,. (Niklas, Cynthia) (Entered: 07/13/2006) |
| 07/14/2006 | | Hearing Continued at the Request of the Court (Re: Related Document(s) #:76 Motion to Convert Case to Chapter 7) Hearing scheduled for 8/11/2006 at 11:00 AM Courtroom 1. (Myers, Sally) (Entered: 07/14/2006) |
| 07/17/2006 | 197 | Hearing Continued (Re: Related Document(s) #:76 Motion to Convert Case to Chapter 7 filed by Ricardo Miles) Hearing scheduled for 10/20/2006 at 11:00 AM Courtroom 1. (Myers, Sally) (Entered: 07/17/2006) |