UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE MILES : | |
| : | |
|    Appellant, : | Civil Action No. 06 -1275-CKK |
| : | |
| v. : | On Appeal from |
| : | Bankruptcy Case No. 04-1128 |
| INTERNAL REVENUE SERVICE : | |
| : | |
|    Appellee. : | |

## MOTION FOR EXTENSION OF TIME

Appellant, Theodore Miles, by and through counsel, and pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Bankr. P. 9006(b), respectfully requests that the Court enter an Order enlarging the time for filing of Appellant's Brief. As grounds for his Motion, Appellant submits the following:

1. This case is before the Court on appeal from a decision of the U.S. Bankruptcy Court for the District of Columbia.

2. The appeal was entered on the docket on July 19, 2006.

3. Pursuant to Fed. R. Bankr. P. 8009, Appellant is required to file a brief within 15 days.

4. Janet M. Nesse, Esq., represented the Appellant in the Bankruptcy Court and will be writing the brief on appeal.

5. Janet M. Nesse is out of the office and will not return until after the time for filing Appellant's brief has elapsed.

6. Counsel for Appellant has consulted with Jennifer Vozne, Esq., counsel for Appellee, who has stated that she will not oppose the Motion.

WHEREFORE, Appellant respectfully requests that this Court enter an Order:

a. Granting a two week extension of time for the filing of Appellant's brief.

b. Granting such other and further relief as is just, equitable and proper.

Dated: July 27, 2006                              Respectfully submitted,

/s/ Lawrence P. Block
Janet M. Nesse
Lawrence P. Block
Stinson Morrison Hecker LLP
1150 18th St., N.W.
Washington, D.C. 20036
(202) 785-9100

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2006, a copy of the foregoing Motion for Extension of Time was sent via first-class mail, postage prepaid, to:

Jennifer Vozne, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044

/s/Lawrence P. Block
Lawrence P. Block