## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE MILES, | ) |
| Appellant, | ) |
| | ) |
| v. | )    No. 06-cv-1275 (CKK) |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| Appellee. | ) |

### APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Appellee, the "Internal Revenue Service," moves for an extension of time pursuant to Fed. R. Bankr. P. 8009(a) and 9006(b), to file its appellate brief.  As grounds for this motion, the Internal Revenue Service states as follows:

1.  By order dated May 25, 2006, the bankruptcy court denied debtor's objection to the United States' claim filed by the Internal Revenue Service.

2.  On June 1, 2006, debtor filed a notice of appeal of the May 25, 2006 order.

3.  The appeal was docketed with this Court on July 19, 2006.

4.  Appellant filed his brief on August 17, 2006.

5.  Pursuant to Fed. R. Bankr. P. 8009(a)(2), the Internal Revenue Service is required to file its brief on or before September 4, 2006.

6.  Through inadvertent miscommunication, the Internal Revenue Service did not obtain a transcript of the first hearing on debtor's objection which was held on April 25, 2006.  (See Bk. No. 004-01128, Dkt. # 152.)

7.  Undersigned counsel requested an expedited transcript of this hearing and was informed that Pro-Typists, Inc. anticipates receiving the audio-CD of the hearing within the next two days and will provide a transcript 7 calendar days after receiving the CD.  Based upon these estimates, undersigned counsel anticipates receiving a transcript of the April 25, 2006 hearing between September 6 and 8, 2006.

8.  Based upon the foregoing, the Internal Revenue Service requests an enlargement of time of 15 days to file its brief.

9.  Appellant's counsel consents to a 15-day extension of time for the Internal Revenue Service to file its brief.

The Internal Revenue Service requests a 15-day extension of time, or up to and including September 19, 2006, to file it brief pursuant to Fed. R. Bankr. P. 8009(a)(2).  A proposed order is attached.

DATED: August 28, 2006.

                                Respectfully submitted,

                                /s/ Jennifer L. Vozne
                                JENNIFER L. VOZNE
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                Post Office Box 227
                                Ben Franklin Station
                                Washington, D.C.  20044
                                Telephone: (202) 307-6555
                                Facsimile: (202) 514-6866
                                Email: Jennifer.L.Vozne@usdoj.gov

1888312.1

CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the foregoing APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF was caused to be made this 28th day of August, 2006, by sending a copy via first class mail to the following:

Janet M. Nesse
Lawrence P. Block
Stinson Morrison Hecker LLP
1150 18th Street, NW
Suite 800
Washington, DC 20036-3816

Office of the U.S. Trustee
Suite 210
115 South Union Street
Alexandria, VA 22314

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE

1888312.1