IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE MILES, | ) |
|       Appellant, | )<br>)<br>)   No. 06-cv-1275 (CKK) |
| v. | ) |
| INTERNAL REVENUE SERVICE, | )<br>) |
|       Appellee. | ) |

## ORDER

Having considered the APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF, it is by the Court

ORDERED that the motion is GRANTED,

ORDERED that the Internal Revenue Service must file its appellate brief on or before September 19, 2006.

SO ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice

JANET M. NESSE
LAWRENCE P. BLOCK
Stinson Morris Hecker, LLP