IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODORE MILES, | ) |
| Appellant, | ) |
| | ) No. 06-cv-1275 (CKK) |
| v. | ) |
| INTERNAL REVENUE SERVICE, | ) |
| Appellee. | ) |

**APPELLEE'S NOTICE WITHDRAWING TWO ITEMS
DESIGNATED AS PART OF RECORD ON APPEAL**

Appellee, the "Internal Revenue Service," withdraws two items identified in its designation of items for the record on appeal.  Specifically, the Internal Revenue Service withdraws its designation of the hearing transcripts for hearings held on November 9, 2005 and December 13, 2005.  (*See* Internal Revenue Service's Designation of Record, Docket Nos. 104 and 108.)  These items are being withdrawn because the Internal Revenue Service understands that the Bankruptcy Court did not hear testimony and argument on the debtor's objection to claim on either of these days.

DATED: March 6, 2007.

                                                Respectfully submitted,

                                                /s/ Jennifer L. Vozne
                                                JENNIFER L. VOZNE
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 227
                                                Ben Franklin Station
                                                Washington, D.C.  20044
                                                Telephone: (202) 307-6555
                                                Facsimile: (202) 514-6866
                                                Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL

JEFFREY A. TAYLOR
United States Attorney

2281874.1

CERTIFICATE OF SERVICE

    IT IS CERTIFIED that service of the foregoing APPELLEE'S NOTICE WITHDRAWING TWO ITEMS DESIGNATED AS PART OF RECORD ON APPEAL was caused to be made this 6th day of March, 2007, by sending a copy via first class mail to the following:

Janet M. Nesse
Stinson Morrison Hecker LLP
1150 18th Street, NW
Suite 800
Washington, DC 20036-3816

Office of the U.S. Trustee
Suite 210
115 South Union Street
Alexandria, VA 22314

                                              /s/ Jennifer L. Vozne
                                              JENNIFER L. VOZNE

2281874.1