UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THEODORE MILES,

    Appellant,

    v.

INTERNAL REVENUE SERVICE,

    Appellee.

Civil Action No. 06-1275 (CKK)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 15th day

of March, 2007, hereby

**ORDERED** that the May 25, 2006 Order of the United States Bankruptcy Court for the

District of Columbia denying the Objection of Debtor-Appellant, Theodore Miles, to the Proof of

Claim filed by Creditor-Appellee, the Internal Revenue Service, shall be AFFIRMED; it is

further

**ORDERED** that the instant case shall be dismissed in its entirety.

*This is a final, appealable order.*

                      */s/*

                    COLLEEN KOLLAR-KOTELLY
                    United States District Judge